# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CIVIL ACTION NO.  3:11-CV-147-RJC-DCK

| | | |
|---|---|---|
| IVETTE T. ECHENIQUE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| CONVERGYS and ONSTAR, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding the filing of Defendant Convergys' "Motion To Dismiss" (Document No. 6).

In accordance with Roseboro v. Garrison, 528 F.2d 309 (4th Cir. 1975), the Court advises Plaintiff, who is proceeding *pro se*, of the right to respond to Defendant's motion.  The Court also advises Plaintiff that failure to respond may result in Defendant being granted the relief it seeks, that is, the dismissal of the Complaint.

**IT IS THEREFORE ORDERED** that Plaintiff may respond to Defendant Convergys' "Motion To Dismiss" (Document No. 6) on or before **May 23, 2011**.  Failure to file a timely and persuasive response will likely lead to the dismissal of Plaintiff's lawsuit against Defendant Convergys.

Signed: May 6, 2011

David C. Keesler
United States Magistrate Judge