# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Ivette T. Echenique,

    Plaintiff(s),

vs.

Convergys and OnStar,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

3:11cv147

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's December 5, 2011 Order.

Signed: December 5, 2011

_____
Frank G. Johns, Clerk
United States District Court